tivo hipotecario no cubrió el importe de la cantidad garantizada con la hipoteca objeto del procedimiento;

POR CUANTO, como consecuencia de lo expuesto la corte que conoció del procedimiento ordenó al registrador de la propiedad que anulase un embargo posterior a la hipoteca ejecutada, hecho a favor de Henri G. Molina, por haber sido éste notificado expresamente del procedimiento y de la subasta en los edictos publicados para ella;

POR CUANTO, habiéndose negado el registrador a hacer la cancelación ordenada se ha interpuesto este recurso gubernativo;

POR CUANTO, decretada esa cancelación por la corte el registrador no está autorizado para examinar si tal resolución está ajustada a derecho o no. *Central Aguirre y otro* v. *Registrador de Guayama,* resuelto el 17 de abril último,

POR TANTO, debe revocarse la nota recurrida y se ordena al Registrador de la Propiedad de San Juan que haga la cancelación decretada por la corte.

No. 5323.—BERIO, aplte., *v.* DE SANTIAGO, apldo.—C. D. Guayama. ▮▮▮▮▮▮▮▮ Mayo 19, 1931.

(Por la corte, a propuesta del Juez Asociado Sr. Aldrey.)

Vista la moción del demandante y apelante Gaspar Berio para que sustituyamos en su lugar en este pleito a Antonio Beiró Frau por haberle cedido todo su interés en el mismo, y la oposición a ella del apelado por no aparecer que el cesionario solicite la substitución y que está dispuesto a subrogarse en todas las obligaciones del cedente, no ha lugar a lo solicitado por no estar hecha la petición por la persona que se dice sustituye al apelante.

No. 5703.—BERIO, apldo., *v.* FRAU, ET AL., apltes.—C. D. San Juan. ▮▮▮▮▮▮▮▮ Mayo 22, 1931.

Vista la moción del demandante y apelado Gaspar Berio para que sustituyamos en su lugar en este pleito a Antonio Berio Frau por haberle cedido todo su interés en el mismo, y no apareciendo que el cesionario solicite la substitución

y que está dispuesto a subrogarse en todas las obligaciones del cedente, no ha lugar a lo solicitado por no estar hecha la petición por la persona que se dice substituye al apelado.

No. 5613.—Berio, apldo., *v.* Díaz, aplte.—C. D. San Juan. Mayo 22, 1931.

Vista la moción del demandante y apelado Gaspar Berio para que sustituyamos en su lugar en este pleito a Antonio Berio Frau por haberle cedido todo su interés en el mismo, y no apareciendo que el cesionario solicite la substitución y que está dispuesto a subrogarse en todas las obligaciones del cedente, no ha lugar a lo solicitado por no estar hecha la petición por la persona que se dice substituye al apelado.

No. 5102.—Berio, apldo., *v.* Rivera, aplte.—C. D. San Juan. Mayo 22, 1931.

Vista la moción del demandante y apelado Gaspar Berio para que sustituyamos en su lugar en este pleito a Antonio Berio Frau por haberle cedido todo su interés en el mismo, y no apareciendo que el cesionario solicite la substitución y que está dispuesto a subrogarse en todas las obligaciones del cedente, no ha lugar a lo solicitado por no estar hecha la petición por la persona que se dice substituye al apelado.

Ex parte Brunet, peticionario. Junio 22, 1931.

(Por la corte, a propuesta del Juez Asociado Sr. Hutchison.)

Vista la petición que antecede, así como el caso *Ex Parte Muñoz,* 41 D.P.R. 360, no ha lugar a la admisión del peticionario al ejercicio de la abogacía en esta Isla sin examen de reválida.

No. 5394.—Pabón, aplte., *v.* Asamblea Municipal de Cabo Rojo, aplda.—C. D. Mayagüez. Junio 22. 1931.

(Por la corte, a propuesta del Juez Asociado Sr. Aldrey.)

Por cuanto, Bernardo Pabón presentó en la Corte de Distrito de Mayagüez una solicitud de *certiorari* contra la